**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BRADLEY SMITH,

           Plaintiff,

vs.

UNITED STATES OF AMERICA,

           Defendants

Case No.:2:13-cv-00039-JAD-GWF

**Order Denying Motion for Default Judgment [Dkt 7]**

This is an action by a former employee of the Department of Veterans Affairs alleging that his supervisor at the VA committed several common law and constitutional torts against the plaintiff during his employment.

On March 13, 2013, the Court granted Defendant until April 12, 2013, to answer or otherwise respond to the Complaint [Dkt. 5].  On March 18, 2013, plaintiff filed a Motion for Default Judgment [Dkt. 7].  At the time the Motion for Default Judgment was filed, the time for response had not expired.  Additionally, Defendant has since filed a Motion to Dismiss for Lack of Jurisdiction [Dkt. 8], to which the plaintiff has responded [Dkt. 10]. Accordingly, and with good cause appearing,

**IT IS HEREBY ORDERED that** plaintiff's Motion for Default Judgment [Dkt. 7] is DENIED.

DATED: October 9, 2013.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE